The People of the State of New York ex rel. Coney Island Jockey Club, Respondent, v. Lawson Purdy and Others, as Commissioners, etc., Appellants.— Motion denied, without costs, not as a matter of discretion, but for lack of power. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Frank Romain, Jr., an Infant, etc., Respondent, v. Long Island Railroad Company, Appellant.— Motions denied, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Robert Schmitt and Meyer Baer, Respondents, v. James Duell and Others, Appellants.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

George A. Schultis, Respondent, v. The Waterbury Company, Appellant. — Motions denied, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Mary S. Sidway, Respondent, v. Harold S. Sidway, Appellant,— Motion to dismiss appeal denied, on condition that the appellant within ten days pay the counsel fee on appeal already awarded by order of the Special Term, and also the sum of $500 on account of the arrears of alimony, and perfect his appeal, place the case on the next calendar of this court, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present— Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

James H. Skinner, Respondent, v. Jacob I. Denton, Appellant.— Motion denied, on condition that the appellant perfect his appeal, place the case upon the next calendar of this court, and be ready for argument when reached; otherwise, motion granted, without costs. Present— Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Edward W. Brenen, Appellant, v. Catherine Brenen, as Committee, etc., of Edward Brenen, an Incompetent Person, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.

Brooklyn, Queens County and Suburban Railroad Company, Appellant, v. Maria A. Bird, Respondent, Impleaded with The City of New York, Defendant.— Judgment affirmed, with costs. No opinion. Hirschberg, Burr, Thomas, Carr and Rich, JJ., concurred.